UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAN KHAIMOV CIA SECRET SPY
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**15CV9001**

**COMPLAINT**

-against-

US Enterprise Architecture Framework
Cyberwarefare NYPD sek Cyber IBM HP
Doomo, Microsoft Bill Gates and his family electrical
tree, Volvo, BMW Mercedes Benz, Audi, Michael
Bloomberg, Donald Trumph and his daufer
Paris, Chevy, CIA, DARPA US Military POTC
St. Johns University, LIJ, Hollis Hill, Queens
Hospital FDNY, Canadian DARPA, Russian
Spy Agency DARPA Russian military KGB.
Duplication.

Jury Trial: ☐ Yes   ☐ No
(check one)

RECEIVED
NOV 17 2015
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name _Roman Khaimov_
Street Address _141-63 73 Terr_
County, City _Flushing NY_
State & Zip Code _NY 11367_
Telephone Number _(718) 600-4384_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _US Enterprise Architecture Framework_
Street Address _____

*Rev. 05/2010*

County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2   Name   _Bill Gates_
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 3   Name   _Donald Trump_
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4   Name   _Electronical Tree, Docono_
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

## III.   Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 14663 73 Terr Flushing NY 11367, 150-37 Goethals Avenue 11432 NY. 135-36 82nd Avenue Briarwood NY 11435

B. What date and approximate time did the events giving rise to your claim(s) occur? (since 1995 to 2015) 2015 to 1995

C. Facts: These Companies where using me in their Cybercompu sex cyber (seduce me to the hospital many times. NYPD refused not to take me to the hospital for no cause with FDNY, Donald Trump Sex Cyber me Bill Gates, Michel Bloomberg and all the above Companies.

All this Companies proceded sex cyber duplication. (Knowing information I raised my hand without a badge telling to them I am a spy I work for US Government shall they not nor refused to obey my hand.

US and other countrys European Enterprise Architecture Framework NYPD, Donald Trump Danker Peris, Bill Gates Family, Donald Trumps family and all the above companies. Other country's Enterprise Architecture Framework.

[What happened to you?]
[Who did what?]
[Was anyone else involved?]

FBI, CIA, (witness). Satellites spy FBI Recorded. CIA secret Central Inteligence Agency satellite Recorded. Whom I shall say I am recruited by FBI 1987 CIA 1990.

[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. NYPD FDNY, Took me the Hospital for no cause over dozing me with medication I shall not need ending me with SSI and medication I not nor shall in need of them.

Rev. 05 2010

## V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _Central Intelligence Agency to give me a secret spy badge and investigate every template that has been done in Sex Cyber within these Companies_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff _[signature]_

Mailing Address _141-63 73 Terr_
_Flushing NY 11367_

Telephone Number _(718) 600-4384_

Fax Number *(if you have one)* _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this ___ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____